UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
*ex rel.* DEBORAH J. SMITH,

Plaintiffs,

vs.

CIENA HEALTHCARE M,ANAGEMENT, et al.,

Defendants.
________________________________________/

Civil Action No. 09-CV-13058

Hon. GERALD E. ROSEN

**ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the Complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The United States' Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the Complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States; and

6. all orders of this Court shall be sent to the United States.

IT IS SO ORDERED,

Dated: June 3, 2010

s/Gerald E. Rosen
HON. GERALD E. ROSEN
United States District Judge