UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA and
STATE OF MICHIGAN, ex rel,
DEBORAH J. SMITH,

Case No. 09-13058
Hon. Gerald E. Rosen
Mag. Judge Michael Hluchaniuk

Plaintiff-Relator,

v

CIENA HEALTHCARE MANAGEMENT, INC., d/b/a
an Assumed Name, AUTUMNWOOD OF LIVONIA, a
Michigan for-profit corporation, MOHAMMAD QAZI,
SEEMAB KHAN, M.D., d/b/a SEEMAB KHAN MD PC,
and CHAYANIKA PAUL,
Jointly and Severally

Defendants.
_______________________________________/

HERTZ SCHRAM PC
By: Patricia A. Stamler (P35905)
Attorneys for Plaintiff-Relator
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302-0183
(248) 335-5000
_______________________________________/

**PLAINTIFF/RELATOR'S EX-PARTE MOTION TO DISMISS
QUI TAM CASE WITHOUT PREJUDICE
TO THE UNITED STATES AND THE RELATOR**

Plaintiff/Relator hereby states:

1. This Qui Tam case was filed Under Seal on August 3, 2009, under the False Claims Act, 31 U.S.C. §3729. The Defendants have not been served.

2. The United States of America has declined to intervene in the action and Plaintiff/Relator wishes to dismiss this action without prejudice to the United States and the Relator. (**Ex. 1**).

3. Relator does not waive her right to seek compensation from any monetary relief that the government secures through a criminal prosecution of any or all of the Defendants in the above-captioned matter.

4. The United States of America has advised Plaintiff/Relator that it reserves its rights with respect to any monetary relief secured through a criminal prosecution and that it consents solely to the Dismissal Without Prejudice to the United States and the Relator and the terms of the proposed Ex-Parte Order of Dismissal Without Prejudice to the United States and the Relator. (**Ex. 2**).

WHEREFORE, Plaintiff/Relator requests entry of an Ex-Parte Order of Dismissal Without Prejudice in the form attached hereto as **Exhibit 3**.

Respectfully submitted,

s/ Patricia A. Stamler

Hertz Schram PC
Attorneys for Plaintiff/Relator
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
(248) 3353-5000
P35905
pstamler@hertzschram.com

T:\Stamler, Patricia\Smith, Deborah 8575-1\Pleadings\Ex Parte Motion to Dismiss.docx

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2010, I electronically filed the foregoing *Plaintiff/Relator's Ex-Parte Motion to Dismiss Qui Tam Case Without Prejudice to the United States and the Relator* with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Michael Riordan, Assistant U.S. Attorney, at Michael.Riordan@usdoj.gov, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

Deborah Smith
19224 Audette Street
Dearborn, MI 48124

s/ Patricia A. Stamler
HERTZ SCHRAM PC
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
(248) 335-5000
Email: pstamler@hertzschram.com
Bar Number: P35905