UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA and
STATE OF MICHIGAN, ex rel,
DEBORAH J. SMITH,

Case No. 09-13058
Hon. Gerald E. Rosen
Mag. Judge Michael Hluchaniuk

Plaintiff-Relator,

v

CIENA HEALTHCARE MANAGEMENT, INC., d/b/a an Assumed Name, AUTUMNWOOD OF LIVONIA, a Michigan for-profit corporation, MOHAMMAD QAZI, SEEMAB KHAN, M.D., d/b/a SEEMAB KHAN MD PC, and CHAYANIKA PAUL,
Jointly and Severally

Defendants.

_____________________________________/

HERTZ SCHRAM PC
By: Patricia A. Stamler (P35905)
Attorneys for Plaintiff-Relator
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302-0183
(248) 335-5000

_____________________________________/

**EX-PARTE ORDER OF DISMISSAL WITHOUT PREJUDICE**
**<u>TO THE UNITED STATES AND THE RELATOR</u>**

Plaintiff/Relator, by and through her attorneys, HERTZ SCHRAM PC, and with the consent of the United States, filed her Ex-Parte Motion to Dismiss Qui Tam Case Without Prejudice to the United States and the Relator pursuant to Rule 41(a). The qui tam was filed pursuant to 31 U.S.C. § 3730(b). As required by the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States has consented in writing solely to the dismissal without prejudice to the United States and the Relator, and the Court being fully advised, now therefore,

IT IS HEREBY ORDERED that the above-captioned matter shall be dismissed without prejudice to the United States and the Relator and without costs or attorneys' fees.

IT IS SO ORDERED.

Date: June 7, 2010

s/Gerald E. Rosen
HONORABLE GERALD E. ROSEN
Chief Judge, U.S. District Court